1801I0000 468

## CERTIFICATE OF AMENDMENT

## OF THE

## ARTICLES OF ORGANIZATION

## OF

## HILTON EAST ASSISTED LIVING LLC

Under Section 211 of the Limited Liability Company Law

1. The name of the limited liability company is Hilton East Assisted Living LLC (the "LLC").

2. The date of filing of the Articles of Organization is June 15, 2016.

3. Paragraph THIRD of the Articles of Organization dealing with the post office address to which the Secretary of State shall mail a copy of any process served upon him or her to 710 Latta Road, Rochester, New York 14612. Paragraph THIRD shall read in full as follows:

THIRD: The Secretary of State of the State of New York is designated as agent of the LLC upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any process against the LLC served upon him or her is: 710 Latta Road, Rochester, New York 14612.

4. Paragraph FOURTH of the Articles of Organization dealing with the management of the LLC is amended to provide that the LLC shall be managed by its sole member and that any changes to such management structure, or these Articles of Organization dealing therewith are subject to the prior consent of the New York State Department of Health. Paragraph FOURTH shall read in full as follows:

FOURTH: The management of the LLC shall be vested in its sole member and neither the management structure nor any provision in these Articles of Organization setting forth such structure may be deleted, modified or amended without the prior approval of the New York State Department of Health.

5. A new Paragraph FIFTH is hereby added to the Articles of Organization to specify the business purposes of the LLC, to read as follows:

FIFTH: The purposes for which the LLC is formed are to establish, maintain and operate an Adult Home as defined in Section 2(25) of the Social Services Law and an Assisted Living Program as defined in Section 461-l of the Social Services Law; provided, however, that the LLC shall not establish or operate such Adult Home or Assisted Living Program without the prior written approval of the New York State Department of Health.

**EXHIBIT 1**

180110000468

6.   A new Paragraph SIXTH is hereby added to the Articles of Organization to state the LLC's eligibility under Section 461-b(1)(a) of the Social Services Law, as amended by Chapter 591 of the Laws of 1999, to read as follows:

SIXTH: The LLC is an eligible LLC under Section 461-b(1)(a) of the Social Services Law, as amended by Chapter 591 of the Laws of 1999, because its sole member is a natural person.

7.   A new Paragraph SEVENTH is hereby added to the Articles of Organization to state that the New York State Department of Health must approve any person proposed to own any membership or voting interests in the LLC and that any transfers and other dispositions of membership interests must comply with Social Services Law Section 461-b, to read as follows:

SEVENTH: No person may own any membership interests or voting rights in the LLC unless approved by the New York State Department of Health and any transfer, assignment or other disposition of membership interests or voting rights in the LLC must be effectuated in accordance with Section 461-b of the Social Services Law.

8.   A new Paragraph EIGHTH is hereby added to the Articles of Organization to state that the New York State Department of Health must approve any deletion, modification or amendment of the foregoing provisions, to read as follows:

EIGHTH: The provisions of Paragraphs FOURTH, FIFTH, SIXTH and SEVENTH may not be deleted, modified or amended without the approval of the New York State Department of Health.

IN WITNESS WHEREOF, the undersigned has executed this certificate this 1st day of September 2017.

David J. Wegman, Sole Member

468

# CERTIFICATE OF AMENDMENT
# OF THE
# ARTICLES OF ORGANIZATION
# OF
# HILTON EAST ASSISTED LIVING LLC

**Under Section 211 of the Limited Liability Company Law**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RECEIVED 2018 JAN 10 PM 12:13

2018 JAN 10 PM 3:57 FILED

**Maria Soeffing, Paralegal**
**UNDERBERG & KESSLER LLP**
300 Bausch & Lomb Place
Rochester, New York 14604

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED  JAN 10 2018

TAX $
BY:

506