**Biennial Statement**
NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

BUSINESS NAME:     HILTON EAST ASSISTED LIVING LLC
FILING PERIOD:     6/1/2022 12:00:00 AM

Part 1 - Service of Process Address (Address must be within the United States or its territories)

Name
THE LLC
Address Line 1
231 EAST AVE
Address Line 2
City                    State                   Zip Code
HILTON                  NY                      14468

Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

Electronic Signature
DAVID J. WEGMAN
Capacity of Signer
MANAGER

**EXHIBIT 2**

Filed with the NYS Department of State on 01/20/2023
Filing Number: 230120003594 DOS ID: 4963253