

# NYS Health Profiles
Find and Compare New York Health Care Providers

## Hilton East Assisted Living

Hilton East Assisted Living

**Adult Home**
231 East Avenue
Hilton, NY 14468
(585) 392-7171

## Bed Types

| | |
|---|---|
| Assisted Living Program (ALP) | 119 |
| Respite | 3 |
| Overall Capacity | 205 |

## Administrative

- Operated by: Hilton East Assisted Living LLC
- Operating Certificate Number (DOH license number for this facility): 370-F-208
- DOH Regional Office (DOH office responsible for oversight of this facility): Western Regional Office - Buffalo

## Ombudsman

*Educating, empowering and advocating for long-term care residents.*

The Ombudsman Program is an effective advocate and resource for older adults and persons with disabilities who live in nursing homes, assisted living and other licensed adult care homes. Ombudsmen help residents understand and exercise their rights to good care in an environment that promotes and protects their dignity and quality of life.

The Ombudsman Program advocates for residents by investigating and resolving complaints made by or on behalf of residents; promoting the development of resident and family councils; and informing government agencies, providers and the general public about issues and concerns impacting residents of long-term care facilities.

The Office of the State Long Term Care Ombudsman maintains a directory of ombudsman coordinators by county. To view this directory, please visit **http://www.ltcombudsman.ny.gov/whois/**.

**EXHIBIT 3**