

# NYS Health Profiles
Find and Compare New York Health Care Providers

## Hilton East Assisted Living

Hilton East Assisted Living

### Citations

**Citations from October 1, 2018 through September 30, 2022**

A total of 17 violations resulted from 16 inspections of this facility from October 1, 2018 through September 30, 2022, including 6 inspections resulting in no violations.

Note: Violations under dispute through the Inspection Review Process (IRP) are not displayed below.

**Report Issued: September 9, 2022**
**Other Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Under Review**

| Regulation Cited | Regulation Section |
|---|---|
| 485.11 (b) | Records and reports (*CFR Code 485.11 (b)*) |

**Report Issued: October 8, 2021**
**Complaint Survey**
**Violations: 0**
**Status: Plan/Notice of Correction Not Required**

No violations.

**Report Issued: June 13, 2021**
**Other Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
|---|---|
| 485.11 (b) | Records and reports (*CFR Code 485.11 (b)*) |

**Report Issued: March 31, 2021**
**Complaint Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
|---|---|
| 487.9 (f) (6) | Personnel (*CFR Code 487.9 (f) (6)*) |



EXHIBIT 4

**Report Issued: December 1, 2020**
**Other Survey**
**Violations: 0**
**Status: Plan/Notice of Correction Not Required**

No violations.

**Report Issued: October 20, 2020**
**Complaint Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
| --- | --- |
| 487.9 (f) (6) | Personnel (*CFR Code 487.9 (f) (6)* ) |

**Report Issued: September 8, 2020**
**Complaint Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
| --- | --- |
| 487.3 (b) | General provisions (*CFR Code 487.3 (b)* ) |

**Report Issued: September 12, 2020**
**Other Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
| --- | --- |
| 485.11 (b) | Records and reports (*CFR Code 485.11 (b)* ) |

**Report Issued: October 23, 2019**
**Relicensure, Complaint Survey**
**Violations: 8**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
| --- | --- |
| 487.4 (a) | Admission standards (*CFR Code 487.4 (a)* ) |
| 487.4 (b) (5) | Admission standards (*CFR Code 487.4 (b) (5)* ) |
| 487.7 (d) (1) (iv) | Resident services (*CFR Code 487.7 (d) (1) (iv)* ) |
| 487.7 (d) (6) (ii) | Resident services (*CFR Code 487.7 (d) (6) (ii)* ) |
| 487.7 (d) (11) | Resident services (*CFR Code 487.7 (d) (11)* ) |
| 487.7 (e) (9) | Resident services (*CFR Code 487.7 (e) (9)* ) |
| 487.11 (k) (1-3) | Environmental standards (*CFR Code 487.11 (k) (1-3)* ) |
| 494.7 (c)(4) | Environmental standards (*CFR Code 494.7 (c)(4)* ) |

**Report Issued: July 26, 2019**
**Complaint Survey**
**Violations: 0**
**Status: Plan/Notice of Correction Not Required**

No violations.

**Report Issued: June 6, 2019**
**Complaint Survey**
**Violations: 0**
**Status: Plan/Notice of Correction Not Required**

No violations.

**Report Issued: March 15, 2019**
**Complaint Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
| --- | --- |
| 487.4 (a) | Admission standards (*CFR Code 487.4 (a)*) |

**Report Issued: March 15, 2019**
**Complaint Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
| --- | --- |
| 487.3 (a) | General provisions (*CFR Code 487.3 (a)*) |

**Report Issued: December 19, 2018**
**Complaint Survey**
**Violations: 0**
**Status: Plan/Notice of Correction Not Required**

No violations.

**Report Issued: November 8, 2018**
**Complaint Survey**
**Violations: 1**
**Status: Plan/Notice of Correction Approved**

| Regulation Cited | Regulation Section |
| --- | --- |
| 487.7 (g) (3) | Resident services (*CFR Code 487.7 (g) (3)*) |

**Report Issued: September 26, 2018**
**Relicensure, Follow-up Survey**
**Violations: 0**
**Status: Plan/Notice of Correction Not Required**

No violations.

## Enforcement

### Enforcement Actions from October 1, 2018 through September 30, 2022

There have been no enforcement actions against the Operator of this facility during this reporting period.